**Opinion issued April 5, 2016**



In The

# Court of Appeals

For The

## First District of Texas

_____

### NO. 01-15-00828-CV

_____

**JOSEPH NANCE, APPELLANT**

**V.**

**ATIKA ABDUR-RAHIM, APPELLEE**

**On Appeal from the 246th District Court**
**Harris County, Texas**
**Trial Court Case No. 2015-11750**

## MEMORANDUM OPINION

Appellant, Joseph Nance, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a) (West 2013), 101.041 (West Supp. 2015); Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and

Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015), *reprinted in* TEX. R. APP. P. app. A § B(1) (West 2015). On October 21, 2015, we notified appellant that the filing fee was due no later than November 20, 2015. We received no response to our notice. On November 2, 2015, we notified appellant that the clerk's record had been filed. The Court's notice was returned, with the following marked on the envelope: "return to sender, unable to forward." Appellant has neither paid the filing fee nor responded to the Court's notices nor provided us with any other address or means of contacting him. *See* TEX. R. APP. P. 5; 42.3(c).

Accordingly, we dismiss the appeal for nonpayment of all required fees. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Keyes and Higley.